NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GCC ENTERPRISES, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

**and**

**IRONCLAD SERVICES, INC.,**
*Defendant.*

---

2010-5075

---

Appeal from the United States Court of Federal Claims in No. 09-CV-465, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

MICHAEL H. PAYNE, Cohen Seglias Pallas Greenhall & Furman, of Philadelphia, Pennsylvania, argued for plaintiff-appellant. With him on the brief was JOSEPH A. HACKENBRACHT.

DAVID M. HIBEY, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and ALAN J. LO RE, Assistant Director,

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2010     /s/ Jan Horbaly
Date            Jan Horbaly
                    Clerk